**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Alisa D Gordon<br><br>　　　　Debtor(s) | Case No. 14-13882 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/14/2014.

2) The plan was confirmed on 07/15/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/20/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/01/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,232.50 |
| Less amount refunded to debtor | $175.36 |

**NET RECEIPTS:** **$4,057.14**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $383.79 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $173.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$557.34**

Attorney fees paid and disclosed by debtor:     $7.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 1,562.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENTI | Unsecured | 2,326.40 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| Armed For Bk | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 717.00 | 1,743.51 | 1,743.51 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Bank Midwest | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BARR MANAGEMENT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Berlin-Wheeler-Ks | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| Capital Managment Services | Unsecured | 693.98 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| City of Oak Lawn | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Communityamerica Cu | Unsecured | 1,105.00 | NA | NA | 0.00 | 0.00 |
| Credit World Service | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| Credit World Service | Unsecured | 4,245.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS SERVICE BUREAU | Unsecured | 200.00 | 200.80 | 200.80 | 0.00 | 0.00 |
| DEPT ED NELNET | Unsecured | 7,107.00 | 52,818.68 | 52,818.68 | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICES | Unsecured | 521.65 | 496.65 | 496.65 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 562.51 | 562.51 | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 2,462.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 2,117.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 2,105.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,991.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dpednelnet | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,639.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 1,159.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 3,263.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 3,559.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 3,852.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 4,992.00 | NA | NA | 0.00 | 0.00 |
| Dpednelnet | Unsecured | 5,176.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Enhancrcvrco | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| Exe Fin Con | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 660.40 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 487.00 | 765.62 | 765.62 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 3,391.00 | NA | NA | 0.00 | 0.00 |
| JOHN & MARIA TUZIM | Unsecured | 3,142.00 | 6,159.00 | 6,159.00 | 0.00 | 0.00 |
| KANSAS CITY POWER & LIGHT | Unsecured | NA | 260.67 | 260.67 | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 627.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS OF K | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| KANSAS GAS SERVICE | Unsecured | NA | 492.94 | 492.94 | 0.00 | 0.00 |
| Kansas State Universit | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| KU Endowment | Unsecured | 4,595.78 | 4,627.61 | 4,627.61 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 694.00 | 626.20 | 626.20 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,288.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 989.00 | 988.56 | 988.56 | 0.00 | 0.00 |
| MIDWEST CHECKRITE INC | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Mohela | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS | Unsecured | 4,226.00 | 10,786.72 | 10,786.72 | 0.00 | 0.00 |
| Payliance | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 4,425.00 | 7,484.05 | 7,484.05 | 3,044.28 | 455.52 |
| PERITUS PORTFOLIO SERVICES | Unsecured | 5,385.60 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 417.36 | 417.36 | 0.00 | 0.00 |
| PRICE CHOPPER | Unsecured | 807.64 | 856.00 | 856.00 | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 37.80 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,825.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,702.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | 483.00 | 864.74 | 864.74 | 0.00 | 0.00 |
| SEVENT STREET WEST LLLC PAYDA | Unsecured | 760.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | 92.64 | 92.64 | 92.64 | 0.00 | 0.00 |
| THE EYE CLINIC OPTOMETRISTS | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| THE EYE CLINIC OPTOMETRISTS | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| THE EYE CLINIC OPTOMETRISTS | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| THE EYE CLINIC OPTOMETRISTS | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| THE EYE CLINIC OPTOMETRISTS | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Manageme | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 293.21 | 293.21 | 0.00 | 0.00 |
| Williamfudge | Unsecured | 4,175.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Williamfudge | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,484.05 | $3,044.28 | $455.52 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,484.05** | **$3,044.28** | **$455.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,203.42** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $557.34 |
| Disbursements to Creditors | $3,499.80 |
| **TOTAL DISBURSEMENTS:** | **$4,057.14** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/21/2015         By: /s/ Tom Vaughn
                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**